**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:25-cr-15 |
| v. | ) | |
| | ) | Dist. Judge Travis R. McDonough |
| KALOB RIDER | ) | |
| | ) | Mag. Judge Christopher H. Steger |

---

## ORDER

---

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 25) recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Indictment; (2) adjudicate Defendant guilty of transportation of child pornography in violation of 18 U.S.C. § 2252A(a)(1) and § 2252A(a)(2); and (3) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 25) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1.    Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

2.    Defendant is hereby **ADJUDGED** guilty of transportation of child pornography in violation of 18 U.S.C. § 2252A(a)(1) and § 2252A(a)(2); and

3.    Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **January 23, 2026, at 2:00 p.m.**, before the undersigned United States District Judge.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**